Jefferson T. Collins, Bar #016428
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7825
jcollins@jshfirm.com

Attorneys for Defendant Home Depot U.S.A., Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ricardo Guevara and Cathie Guevara, a married couple, | NO. |
| Plaintiffs, | **NOTICE OF REMOVAL** |
| v. | |
| Home Depot U.S.A., Inc., a foreign corporation; John Does I-X; GAF Corporation, a foreign corporation; GAF Materials, LLC, a foreign limited liability company; LL Building Products, Inc., a foreign corporation; Jane Does I-X; ABC Business Entities; I-X; Black and White Trusts I-X, | |
| Defendants. | |

Defendant Home Depot USA, Inc., by and through undersigned counsel, files this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1.     On or about May 20, 2020, this action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa under the caption *Ricardo Guevara and Cathie Guevara v. Home Depot, USA, Inc., et al.*, CV2020-005998. The Plaintiffs filed an Amended Complaint on June 8, 2020 adding additional Defendants. Copies of the initial state court pleadings are attached hereto as Exhibit A. Defendant was served by process on July 20, 2020.

2.     Defendant Home Depot U.S.A., Inc. is a foreign corporation

(Delaware) with its principal place of business in Atlanta, Georgia. According to the Complaint, Plaintiffs are residents and citizens of Maricopa County, Arizona.

4.     Codefendants, GAF Corporation (GAF LLC) and GAF Materials have been served and consent to the removal of this matter. For purposes of diversity, GAF LLC (erroneously sued as GAF Corporation) is a Delaware limited liability company with a single member. Standard Industries, Inc., the sole member of GAF LLC, is a Delaware corporation with its principal place of business in Parsippany, New Jersey. GAF Materials LLC, is a Delaware limited liability company with its principal place of business in Parsippany, New Jersey. GAF LLC is the sole member of GAF Materials, LLC, which per the above analysis is a citizen of the Delaware.

LL Building Products, Inc. is a Delaware corporation with its principal place of business in Parsippany, New Jersey. To date, LL Building Products has not been served, but consents to removal of this matter.

4.     This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. Plaintiff alleges that he sustained injuries in the accident and, specifically, a left foot injury which resulted in two surgical procedures. His medical specials amount to $37,651.79 and he demanded $250,000 to resolve his claim in a letter from his counsel dated September 11, 2019. Further, Plaintiffs have designated this as a Tier 3 case pursuant to Rule 26.2, ARCP, indicating the claim is $300,000 or more in damages. Therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

4.     Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

5. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit B.

WHEREFORE, Defendant Home Depot U.S.A., Inc. respectfully requests that this action be removed to this Court.

DATED this 19th day of August 2020.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Jefferson T. Collins
Jefferson T. Collins
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Home Depot
U.S.A., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Michelle L. Lucas